UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| DUKES CLOTHING, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 7:20-cv-860-GMB |
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

For the reasons stated in the Memorandum Opinion entered on this date, it is ORDERED that the Motion to Dismiss (Doc. 18) is GRANTED, and all claims stated in the complaint are DISMISSED with prejudice.

The Clerk of Court is DIRECTED to close this file.

DONE and ORDERED on May 5, 2021.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE