FILED
2021 Jun-04 AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **DUKES CLOTHING, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Case No. 7:20-cv-860-GMB |
| ) | |
| **THE CINCINNATI INSURANCE** ) | |
| **COMPANY** ) | NOTICE OF APPEAL |
| ) | |
| **Defendant.** ) | |

### NOTICE OF APPEAL

Notice is hereby given that Dukes Clothing, LLC in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from a final judgment from a Rule 12(b)(6) motion dismissing the entire case with prejudice entered in this action on the 5th day of May, 2021. (Documents 28, 29)

Respectfully submitted,

*/s/ R. Matt Glover*  (asb-7828-a43g)
R. Matt Glover
Prince Glover Hayes
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
Phone: (205) 345-1234
Fax: (205) 752-6313
Email: mglover@princelaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of June, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all the CM/ECF participant counsel of record.

| | |
|---|---|
| P. Ted Colquett, Esquire | Craig A. Shirley, Esquire |
| William H. Robertson, V, Esquire | William C. Waller, IV, Esquire |
| Augusta S. Dowd, Esquire | |

*/s/ R. Matt Glover*
Of Counsel