Case 7:20-cv-00860-GMB   Document 36   Filed 08/04/21   Page 1 of 2
USCA11 Case: 21-11974   Date Filed: 07/29/2021   Page: 1 of 2

FILED
2021 Aug-04 PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11974-HH

_____

DUKES CLOTHING, LLC,

                                                     Plaintiff-Appellant,

versus

THE CINCINNATI INSURANCE COMPANY,

                                                     Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

Before: WILSON and ROSENBAUM, Circuit Judges.

BY THE COURT:

     Dukes Clothing, LLC's motion to amend the pleadings to correct the parties' citizenship is GRANTED. We deem the pleadings amended to reflect that Hannah Adcox, the sole member of Duke's Clothing LLC, is a citizen of Alabama and The Cincinnati Insurance Company is an Ohio corporation with its principal place of business in Ohio. *See* 28 U.S.C. § 1653; *Mallory & Evans Contractors & Eng'rs, LLC v. Tuskegee Univ.*, 663 F.3d 1304, 1305 (11th Cir. 2011). As amended, the pleadings now establish that the parties were diverse and the district court had

subject matter jurisdiction over this action in the first instance.  *See* 28 U.S.C. §§ 1332(a), (c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 88 (2010); *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1268 (11th Cir. 2013) *Mallory & Evans*, 663 F.3d at 1305.  This appeal may therefore proceed.

Dukes Clothing, LLC is further DIRECTED to file notice of this order in the district court, along with a copy of the newly amended complaint.